No. 80–1887.  THOMPSON v. STETSON, SECRETARY OF THE AIR FORCE, ET AL.  C. A. 10th Cir.  Certiorari denied.

No. 80–1889.  PIANKA v. GEORGIA;
No. 80–1932.  DAVIS v. GEORGIA; and
No. 80–1954.  WILLIAMS v. GEORGIA.  Ct. App. Ga. Certiorari denied.  Reported below: 157 Ga. App. 476, 277 S. E. 2d 923.

No. 80–1890.  KNOETZE v. UNITED STATES ET AL.  C. A. 5th Cir.  Certiorari denied.

No. 80–1891.  UNITED MINE WORKERS OF AMERICA ET AL. v. KERRY COAL CO.  C. A. 3d Cir.  Certiorari denied.

No. 80–1896.  LAVELLE v. WORKERS' COMPENSATION APPEALS BOARD OF CALIFORNIA ET AL.  Ct. App. Cal., 1st App. Dist.  Certiorari denied.

No. 80–1897.  KADANS v. O'BRIEN.  C. A. 9th Cir.  Certiorari denied.

No. 80–1899.  RAILWAY LABOR EXECUTIVES' ASSN. v. GIBBONS, TRUSTEE, ET AL.  C. A. 7th Cir.  Certiorari denied.

No. 80–1900.  DENARD v. MICHIGAN NATIONAL BANK.  C. A. 6th Cir.  Certiorari denied.

No. 80–1901.  ZUCCARO v. UNITED STATES.  C. A. 2d Cir.  Certiorari denied.

No. 80–1902.  SCHLEIFFER, A MINOR, BY NEXT OF FRIEND, KER v. MEYERS, JUDGE.  C. A. 7th Cir.  Certiorari denied.

No. 80–1904.  LILY DALE ASSEMBLY v. JOSEPHSON.  Ct. App. N. Y.  Certiorari denied.